**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

| | |
|---|---|
| SHARED MEMORY GRAPHICS LLC,<br><br>Plaintiff;<br><br>v.<br><br>APPLE INC.; SAMSUNG ELECTRONICS CO.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; NINTENDO OF AMERICA, INC.; NINTENDO CO. LTD.; SONY CORPORATION OF AMERICA; SONY COMPUTER ENTERTAINMENT AMERICA INC.; SONY CORPORATION; SONY COMPUTER ENTERTAINMENT INC.; and SONY SEMICONDUCTOR KYUSHU CORPORATION LTD.,<br><br>Defendants. | Case No.  09-5128 RTD |

## THE SONY DEFENDANTS' ANSWER TO SHARED MEMORY GRAPHICS' FIRST AMENDED COMPLAINT

Defendants Sony Corporation ("SC"), Sony Corporation of America ("SCA"), Sony

Computer Entertainment Inc. ("SCEI"), Sony Computer Entertainment America Inc. ("SCEA"),

and Sony Semiconductor Kyushu Corporation Ltd. ("Sony Kyushu"), collectively referred to as

"Sony Defendants," upon each Sony Defendants' knowledge as to its own acts, and upon

information and belief as to the acts of others, respond to each of the numbered paragraphs of

Plaintiff Shared Memory Graphics LLC's ("SMG") First Amended Complaint for Patent

Infringement ("Complaint") as set forth below.  Each of the Sony Defendants will answer each

allegation of the Complaint directed to it on behalf of itself only and no other defendant in this action as specified in the paragraphs below.

## JURISDICTION

1.     The Sony Defendants admit that the Complaint purports to state an action for patent infringement and that this Court has subject matter jurisdiction over patent infringement actions pursuant to 28 U.S.C. §§ 1331 and 1338(a).

## THE PARTIES

2.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of the Complaint and, therefore, deny them.

3.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of the Complaint and, therefore, deny them.

4.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of the Complaint and, therefore, deny them.

5.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 of the Complaint and, therefore, deny them.

6.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of the Complaint and, therefore, deny them.

7.      The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of the Complaint and, therefore, deny them.

8.      The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of the Complaint and, therefore, deny them.

9.      The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of the Complaint and, therefore, deny them.

10.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of the Complaint and, therefore, deny them.

11.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of the Complaint and, therefore, deny them.

12.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of the Complaint and, therefore, deny them.

13.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 of the Complaint and, therefore, deny them.

14.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of the Complaint and, therefore, deny them.

15.     SCEA admits that it is a corporation organized and existing under the laws of the State of Delaware and has its principal place of business at 919 East Hillsdale Boulevard, Foster City, California 94404.  The remaining Sony Defendants deny the allegations of this paragraph as the allegations are not directed to them and/or they are without knowledge or information sufficient to form a belief as to the truth of such allegations.

16.     SCEA admits that it is a registered foreign for profit corporation in Arkansas and is authorized to do business in Arkansas.  The remaining Sony Defendants deny the allegations of this paragraph as the allegations are not directed to them and/or they are without knowledge or information sufficient to form a belief as to the truth of such allegations.

17.     SCEI admits that it is a foreign corporation organized and existing under the laws of Japan and has its principal place of business at 2-6-21 Minami-Aoyama, Minato-ku, Tokyo 107-0062, Japan.  The remaining Sony Defendants deny the allegations of this paragraph as the allegations are not directed to them and/or they are without knowledge or information sufficient to form a belief as to the truth of such allegations.

18.     SCA admits that it is a corporation organized and existing under the laws of the State of New York and has its principal place of business at 550 Madison Ave., New York, NY 10022.  The remaining Sony Defendants deny the allegations of this paragraph as the allegations are not directed to them and/or they are without knowledge or information sufficient to form a belief as to the truth of such allegations.

19.     SCA denies that it is authorized to do business in Arkansas.  The remaining Sony Defendants deny the allegations of this paragraph as the allegations are not directed to them and/or they are without knowledge or information sufficient to form a belief as to the truth of such allegations.

20.     SC admits that it is a foreign corporation organized and existing under the laws of Japan and has its principal place of business at 1-7-1 Konan, Minato-ku, Tokyo 108-0075, Japan. The remaining Sony Defendants deny the allegations of this paragraph as the allegations are not directed to them and/or they are without knowledge or information sufficient to form a belief as to the truth of such allegations.

21.     Sony Kyushu admits that it is a foreign corporation organized and existing under the laws of Japan and has its principal place of business at TNC Hoso Kaikan 20F, 2-3-2 Momochihama, Sawara-ku, Fukuoka-shi, Fukuoka 814-0001 Japan.  The remaining Sony Defendants deny the allegations of this paragraph as the allegations are not directed to them and/or they are without knowledge or information sufficient to form a belief as to the truth of such allegations.

22.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 of the Complaint and, therefore, deny those allegations.

## PERSONAL JURISDICTION

23.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 of the Complaint and, therefore, deny them.

24.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 of the Complaint and, therefore, deny them.

25.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 of the Complaint and, therefore, deny them.

26.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 of the Complaint and, therefore, deny them.

27.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27 of the Complaint and, therefore, deny them.

28.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28 of the Complaint and, therefore, deny them.

29.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29 of the Complaint and, therefore, deny them.

30.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30 of the Complaint and, therefore, deny them.

31.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31 of the Complaint and, therefore, deny them.

32.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32 of the Complaint and, therefore, deny them.

33.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33 of the Complaint and, therefore, deny them.

34.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34 of the Complaint and, therefore, deny them.

35.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35 of the Complaint and, therefore, deny them.

36.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 of the Complaint and, therefore, deny them.

37.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37 of the Complaint and, therefore, deny them.

38.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38 of the Complaint and, therefore, deny them.

39.     SCEA admits that it has transacted business within this District.  Except as expressly admitted, SCEA denies the remaining allegations of this paragraph.  Each of the remaining Sony Defendants denies the remaining allegations with respect to itself, and, with respect to the allegations directed to any other Sony Defendant other than itself, each denies the same, as the allegations are not directed to it and/or it is without knowledge or information sufficient to form a belief as to the truth of such allegations.

40.     Each of the Sony Defendants denies the allegations of this paragraph with respect to itself.  With respect to the allegations directed to any Sony Defendant other than itself, each of the Sony Defendants denies the same, as the allegations are not directed to it and/or it is without knowledge or information sufficient to form a belief as to the truth of such allegations.

41.     Each of the Sony Defendants denies the allegations of this paragraph with respect to itself.  With respect to the allegations directed to any Sony Defendant other than itself, each of the Sony Defendants denies the same, as the allegations are not directed to it and/or it is without knowledge or information sufficient to form a belief as to the truth of such allegations.

42.     Each of the Sony Defendants denies the allegations of this paragraph with respect to itself.  With respect to the allegations directed to any Sony Defendant other than itself, each of the Sony Defendants denies the same, as the allegations are not directed to it and/or it is without knowledge or information sufficient to form a belief as to the truth of such allegations.

43.     Each of the Sony Defendants denies the allegations of this paragraph with respect to itself.  With respect to the allegations directed to any Sony Defendant other than itself, each of

the Sony Defendants denies the same, as the allegations are not directed to it and/or it is without knowledge or information sufficient to form a belief as to the truth of such allegations.

44.     Solely for the purposes of this action, SCEA does not contest that it is subject to personal jurisdiction in this District, and denies the remaining allegations directed to any other defendant other than itself, as the allegations are not directed to it and/or it is without knowledge or information sufficient to form a belief as to the truth of such allegations.  Each of the remaining Sony Defendants denies the remaining allegations with respect to itself, and, with respect to the allegations directed to any other Sony Defendant other than itself, each denies the same, as the allegations are not directed to it and/or it is without knowledge or information sufficient to form a belief as to the truth of such allegations.

## THE PATENTS-IN-SUIT

45.     The Sony Defendants admit that the face of U.S. Patent No. 5,712,664 ("'664 Patent") bears the title  "Shared Memory Graphics Accelerator System" and issuance date of January 27, 1998, deny that the '664 Patent was duly and legally issued, and are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 45 of the Complaint and, therefore, deny them.

46.     Denied.

47.     Denied.

48.     The Sony Defendants admit that the face of U.S. Patent No. 6,081,279 ("'279 Patent") bears the title "Shared Memory Graphics Accelerator System" and issuance date of June 27, 2000, deny that the '279 Patent was duly and legally issued, and are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 48 and, therefore, deny them.

49.     The Sony Defendants admit that the face of the '279 Patent lists it as a continuation of the '664 Patent, and deny the remaining allegations in Paragraph 49.

50.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50 of the Complaint and, therefore, deny them.

51.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51 of the Complaint and, therefore, deny them.

52.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52 of the Complaint and, therefore, deny them.

53.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53 of the Complaint and, therefore, deny them.

54.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54 of the Complaint and, therefore, deny them.

55.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55 of the Complaint and, therefore, deny them.

56.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56 of the Complaint and, therefore, deny them.

57.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57 of the Complaint and, therefore, deny them.

58.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58 of the Complaint and, therefore, deny them.

## CLAIMS FOR RELIEF AGAINST APPLE

59.     The Sony Defendants incorporate their responses to Paragraphs 1 to 58 as if fully set forth herein.

60.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60 of the Complaint and, therefore, deny them.

61.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61 of the Complaint and, therefore, deny them.

62.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62 of the Complaint and, therefore, deny them.

63.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63 of the Complaint and, therefore, deny them.

64.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64 of the Complaint and, therefore, deny them.

65.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65 of the Complaint and, therefore, deny them.

66.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66 of the Complaint and, therefore, deny them.

## CLAIMS FOR RELIEF AGAINST SAMSUNG

67.     The Sony Defendants incorporate their responses to Paragraphs 1 to 66 as if fully set forth herein.

68.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68 of the Complaint and, therefore, deny those allegations.

69.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69 of the Complaint and, therefore, deny those allegations.

70.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70 of the Complaint and, therefore, deny those allegations.

71.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71 of the Complaint and, therefore, deny those allegations.

72.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72 of the Complaint and, therefore, deny those allegations.

## CLAIMS FOR RELIEF AGAINST NINTENDO

73.     The Sony Defendants incorporate their responses to Paragraphs 1 to 72 as if fully set forth herein.

74.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraphs 74 of the Complaint and, therefore, deny those allegations.

75.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75 of the Complaint and, therefore, deny those allegations.

76.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76 of the Complaint and, therefore, deny those allegations.

77.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77 of the Complaint and, therefore, deny those allegations.

78.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78 of the Complaint and, therefore, deny those allegations.

79.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79 of the Complaint and, therefore, deny those allegations.

80.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80 of the Complaint and, therefore, deny those allegations.

81.     The Sony Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81 of the Complaint and, therefore, deny those allegations.

## CLAIMS FOR RELIEF AGAINST SONY

82.     The Sony Defendants incorporate their responses to Paragraphs 1 to 81 as if fully set forth herein.

83.     Each of the Sony Defendants denies the allegations of this paragraph with respect to itself.  With respect to the allegations directed to any Sony Defendant other than itself, each of the Sony Defendants denies the same, as the allegations are not directed to it and/or it is without knowledge or information sufficient to form a belief as to the truth of such allegations.

84.     Each of the Sony Defendants denies the allegations of this paragraph with respect to itself.  With respect to the allegations directed to any Sony Defendant other than itself, each of the Sony Defendants denies the same, as the allegations are not directed to it and/or it is without knowledge or information sufficient to form a belief as to the truth of such allegations.

85.     Each of SCEI and SCEA admits it knew of the existence of the '664 Patent prior to the filing of this lawsuit, but only to the extent that the '279 Patent identifies the '664 Patent as its parent, denies the remaining allegations of this paragraph with respect to itself, and denies the remaining allegations directed to any other Sony Defendant other than itself, as the allegations are not directed to it and/or it is without knowledge or information sufficient to form a belief as to the truth of such allegations.  Each of the remaining Sony Defendants denies the allegations of this paragraph with respect to itself, and, with respect to the allegations directed to any Sony Defendant other than itself, denies the same, as the allegations are not directed to it and/or it is without knowledge or information sufficient to form a belief as to the truth of such allegations.

86.     Each of SCEI and SCEA admits that it had knowledge of the '279 Patent prior to the filing of this lawsuit, and deny the remaining allegations directed to any other Sony Defendant other than itself, as the allegations are not directed to it and/or it is without knowledge or information sufficient to form a belief as to the truth of such allegations.  Each of the remaining Sony Defendants denies the allegations of this paragraph with respect to itself, and, with respect to the allegations directed to any other Sony Defendant other than itself, each denies the same, as the allegations are not directed to it and/or it is without knowledge or information sufficient to form a belief as to the truth of such allegations.

87.     Each of the Sony Defendants denies the allegations of this paragraph with respect to itself.  With respect to the allegations directed to any Sony Defendant other than itself, each of the Sony Defendants denies the same, as the allegations are not directed to it and/or it is without knowledge or information sufficient to form a belief as to the truth of such allegations.

88.     Each of the Sony Defendants denies the allegations of this paragraph with respect to itself.  With respect to the allegations directed to any Sony Defendant other than itself, each of

the Sony Defendants denies the same, as the allegations are not directed to it and/or it is without knowledge or information sufficient to form a belief as to the truth of such allegations.

89.    Each of the Sony Defendants denies the allegations of this paragraph with respect to itself.  With respect to the allegations directed to any Sony Defendant other than itself, each of the Sony Defendants denies the same, as the allegations are not directed to it and/or it is without knowledge or information sufficient to form a belief as to the truth of such allegations.

90.    Each of the Sony Defendants denies the allegations of this paragraph with respect to itself.  With respect to the allegations directed to any Sony Defendant other than itself, each of the Sony Defendants denies the same, as the allegations are not directed to it and/or it is without knowledge or information sufficient to form a belief as to the truth of such allegations.

91.    Each of the Sony Defendants denies the allegations of this paragraph with respect to itself.  With respect to the allegations directed to any Sony Defendant other than itself, each of the Sony Defendants denies the same, as the allegations are not directed to it and/or it is without knowledge or information sufficient to form a belief as to the truth of such allegations.

92.    Each of the Sony Defendants denies the allegations of this paragraph with respect to itself.  With respect to the allegations directed to any Sony Defendant other than itself, each of the Sony Defendants denies the same, as the allegations are not directed to it and/or it is without knowledge or information sufficient to form a belief as to the truth of such allegations.

93.    Each of the Sony Defendants denies the allegations of this paragraph with respect to itself.  With respect to the allegations directed to any Sony Defendant other than itself, each of the Sony Defendants denies the same, as the allegations are not directed to it and/or it is without knowledge or information sufficient to form a belief as to the truth of such allegations.

94.     Each of the Sony Defendants denies the allegations of this paragraph with respect to itself.  With respect to the allegations directed to any Sony Defendant other than itself, each of the Sony Defendants denies the same, as the allegations are not directed to it and/or it is without knowledge or information sufficient to form a belief as to the truth of such allegations.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

95.     The Sony Defendants have not infringed and do not infringe, either directly, contributorily or by inducement, any claims of the '664 Patent or '279 Patent, either literally or under the doctrine of equivalents, nor is any of the Sony Defendants currently doing so.

### Second Affirmative Defense

96.     Each claim of the '664 Patent and '279 Patent is invalid and void because it fails to comply with one or more of the conditions and requirements of the patent laws, including without limitation 35 U.S.C. §§ 101, 102, 103 and/or 112, and/or the rules, regulations and laws pertaining thereto.

### Third Affirmative Defense (SC, SCEI, SCA, and Sony Kyushu)

97.     SC, SCEI, SCA, and Sony Kyushu are not subject to personal jurisdiction in this District.

### Fourth Affirmative Defense (SC, SCEI, SCA, and Sony Kyushu)

98.     Venue is not proper with respect to SC, SCEI, SCA, and Sony Kyushu because SC, SCEI, SCA, and Sony Kyushu are not subject to personal jurisdiction in this District.

### Fifth Affirmative Defense (SCEI and SCEA)

99.     SMG's claims of infringement of at least the '279 Patent against SCEI and SCEA are barred by equitable doctrines including, e.g., laches and estoppel.

### Sixth Affirmative Defense

100.     The Sony Defendants are without liability in the civil action as a result of other facts and circumstances allowed as a defense by, for example, 35 U.S.C. § 287.

## PRAYER FOR RELIEF

WHEREFORE SC, SCEI, SCEA, SCA, and Sony Kyushu request that the Court enter judgment:

(a)     Dismissing the Complaint against SC, SCEI, SCEA, SCA, and Sony Kyushu in its entirety, with prejudice;

(b)     Finding that this is an exceptional case under 35 U.S.C. § 285;

(c)     Awarding each of SC, SCEI, SCEA, SCA, and Sony Kyushu its costs in connection with this action, including reasonable attorney fees to the extent permitted by law; and

(d)     Awarding SC, SCEI, SCEA, SCA, and Sony Kyushu such other and further relief as the Court deems proper.

## DEMAND FOR JURY TRIAL

SC, SCEI, SCEA, SCA, and Sony Kyushu request a trial by jury of all issues so triable.

DATED this 3rd day of December, 2009.

Respectfully submitted,

Richard S. Gresalfi (NY #1972777)
Michelle Carniaux (NY #2596120)
Lewis V. Popovski (NY #2443489)
KENYON & KENYON LLP
One Broadway
New York, New York 10004
Telephone: 212.425.7200
Fax: 212.425.5288
rgresalfi@kenyon.com
mcarniaux@kenyon.com
lpopovski@kenyon.com

Steven W. Quattlebaum, Ark. Bar No. 84127
Jamie Goss Dempsey, Ark. Bar No. 2007239
QUATTLEBAUM, GROOMS,
  TULL & BURROW PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas  72201
Telephone: (501) 379-1700
Fax: (501) 379-1701
squattlebaum@qgtb.com

QUATTLEBAUM, GROOMS,
  TULL & BURROW PLLC
4100 Corporate Center Drive, Suite 310
Springdale, Arkansas 72762
Telephone: (479) 444-5200
Fax: (479) 444-5255
bcate@qgtb.com

By:_____/s/ Brandon B. Cate_____
        Brandon B. Cate, Ark. Bar No. 2001203

*Attorneys for Defendants Sony Corporation, Sony Corporation of America, Sony Computer Entertainment Inc., Sony Computer Entertainment America Inc., an Sony Semiconductor Kyushu Corporation Ltd.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 3rd day of December, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

- **Carly Slack Anderson**
  canderson@texarkanalaw.com
- **Brian Buss**
  bbuss@fblawllp.com,cporter@fblawllp.com
- **Kent J. Cooper**
  kcooper@fblawllp.com,cporter@fblawllp.com
- **Kevin A. Crass**
  crass@fec.net,tmaness@fec.net
- **Geoffrey P. Culbertson**
  gpc@texarkanalaw.com,aross@texarkanalaw.com
- **Iain Robert Cunningham**
  icunningham@cooley.com,jcorrell@cooley.com
- **Benjamin Damstedt**
  bdamstedt@cooley.com,elliottds@cooley.com
- **Adam Vincent Floyd**
  afloyd@fblawllp.com,achambers@fblawllp.com,jhagan@fblawllp.com,aepley@fblawllp.com,cporter@fblawllp.com
- **Darin Glasser**
  dglasser@omm.com,ralvarez@omm.com,swhite@omm.com,btreggs@omm.com
- **Joseph Daniel Gray**
  jgray@fblawllp.com,cporter@fblawllp.com
- **Grant E. Kinsel**
  gkinsel@perkinscoie.com,ivasquez@perkinscoie.com,docketla@perkinscoie.com
- **J. Gregory Magness**
  magness@hardinlaw.com,jstogner@hardinlaw.com
- **Michael Myers**
  mmyers@omm.com
- **Marshall S. Ney**
  mney@mwlaw.com,jgarrett@mwlaw.com,jlarey@mwlaw.com
- **Nicholas H. Patton**
  nickpatton@texarkanalaw.com,docket@texarkanalaw.com,mlong@texarkanalaw.com
- **H. Kenneth Prol**
  kprol@fblawllp.com,cporter@fblawllp.com
- **George Riley**
  griley@omm.com
- **Michael J. Song**
  msong@foley.com,lsaptoro@foley.com

- **Timothy Teter**
  tteter@cooley.com,scaamal@cooley.com
- **Ryan Yagura**
  ryagura@omm.com
- **Damon Young**
  dyoung@youngpickettlaw.com,yp1303@aol.com

/s/ Brandon B. Cate