| | |
|---|---|
| 1 | GEORGE A. RILEY (S.B. #118304) |
|   | griley@omm.com |
| 2 | O'MELVENY & MYERS LLP |
|   | Two Embarcadero Center, 28th Floor |
| 3 | San Francisco, California  94111-3823 |
|   | Telephone:   (415) 984-8700 |
| 4 | Facsimile:    (415) 984-8701 |
| 5 | RYAN K. YAGURA (S.B. #197619) |
|   | ryagura@omm.com |
| 6 | ERIC D. CHAN (S.B. #253082) |
|   | echan@omm.com |
| 7 | O'MELVENY & MYERS LLP |
|   | 400 South Hope Street |
| 8 | Los Angeles, California  90071-2899 |
|   | Telephone:   (213) 430-6000 |
| 9 | Facsimile:    (213) 430-6407 |
| 10 | DARIN J. GLASSER (S.B. #223788) |
|    | dglasser@omm.com |
| 11 | MICHAEL L. MYERS (S.B. # 240652) |
|    | mmyers@omm.com |
| 12 | O'MELVENY & MYERS LLP |
|    | 610 Newport Center Drive |
| 13 | Newport Beach, California  92660 |
|    | Telephone:   (949) 760-9600 |
| 14 | Facsimile:    (949) 823-6994 |
| 15 | Substituting Attorneys for Defendant Apple Inc.; |
|    | and Attorneys for Samsung Electronics Co., |
| 16 | Ltd.; Samsung Semiconductor, Inc.; Samsung |
|    | Austin Semiconductor, LLC; Samsung |
| 17 | Electronics America, Inc.; and Samsung |
|    | Telecommunications America, LLC |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| 21 | SHARED MEMORY GRAPHICS LLC, | Case No.  3:10-CV-02475-VRW |
| 22 |           Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE COUNSEL** |
| 23 | v. | |
| 24 | APPLE INC., *et. al.* | |
| 25 | | |
| 26 |           Defendants. | |

---

CASE NO. 3:10-CV-02475-VRW

[PROPOSED] ORDER GRANTING APPLE'S
UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

# [PROPOSED] ORDER

On this day came on to be considered Defendant Apple Inc.'s Unopposed Motion to Substitute Counsel, and the Court being of the opinion that the same should be GRANTED, it is therefore, ORDERED, ADJUDGED and DECREED that the Unopposed Motion to Substitute Counsel be granted and that Timothy Teter and Benjamin Damstedt from the law firm Cooley LLP be permitted to withdraw as counsel and that George Riley, Ryan Yagura, Darin Glasser, Michael Myers, and Eric Chan from O'Melveny & Myers LLP be substituted as counsel for Defendant Apple Inc.

Dated: __October 22__, 2010

_____
HONORABLE VAUGHN R. WALKER
UNITED STATES CHIEF JUDGE

IT IS SO ORDERED
Judge Vaughn R Walker

CASE NO.  3:10-CV-02475-VRW

[PROPOSED] ORDER GRANTING APPLE'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL