Megan Whyman Olesek (SBN 191218)
molesek@kenyon.com
KENYON & KENYON LLP
333 West San Carlos Street, Suite 600
San Jose, CA 95110
Telephone: 408.975.7500
Facsimile:  408.975.7501

Lewis V. Popovski (*pro hac vice*)
lpopovski@kenyon.com
Michelle Carniaux (*pro hac vice*)
mcarniaux@kenyon.com
Matthew Faust (*pro hac vice*)
mfaust@kenyon.com
KENYON & KENYON LLP
One Broadway
New York, NY  10004-1007
Telephone: 212.425.7200
Facsimile:  212.425.5288

Attorneys for Defendants
Sony Corporation of America, Sony Computer Entertainment
America LLC, Sony Corporation, Sony Computer Entertainment
Inc. and Sony Semiconductor Kyushu Corporation Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARED MEMORY GRAPHICS LLC,<br><br>              Plaintiff,<br><br>         v.<br><br>APPLE INC., ET AL.,<br><br>              Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.  3:10-cv-02475 VRW EMC<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO CORRECT MEMORANDUM IN SUPPORT OF MOTION TO COMPEL AND RELIEF FROM FILING DEADLINE [CIVIL L.R. 7-11, 7-12]**<br><br>Honorable Edward M. Chen<br><br>Courtroom C, 15th Floor |

Pursuant to Civil Local Rules 7-11 and 7-12, and pursuant to discussions between counsel for Sony and Shared Memory Graphics on November 5, 2010, Defendants Sony Corporation of America, Sony Computer Entertainment America LLC, Sony Corporation, Sony Computer

1  Entertainment Inc. and Sony Semiconductor Kyushu Corporation Ltd. (collectively "Sony") and
2  Plaintiff Shared Memory Graphics LLC ("SMG") hereby stipulate and agree, through their
3  respective undersigned counsel of record, as follows:
4      WHEREAS, Sony's counsel encountered certain logistical and technical difficulties in
5  connection with the filing of Sony's Motion to Compel on November 3, 2010;
6      WHEREAS, Sony's corrections to its Memorandum of Points and Authorities are limited
7  to the addition of certain case citations and the removal of redactions;
8      1.    The Sony Parties are granted leave to file the corrected Memorandum of Points and
9  Authorities attached hereto as Exhibit A; and
10      2.    The Sony Parties are granted relief from the filing deadline of November 3, 2010,
11  with respect to the Declaration of Matthew Faust, which was filed shortly after midnight on
12  November 4, 2010.
13  IT IS SO STIPULATED.
14  Dated: November 5, 2010

16  LOCKE LORD BISSELL & LIDDELL LLP    KENYON & KENYON LLP

17  By:  /s/_____    By:  /s/_____
    SHARTSIS FRIESE LLP    Megan Whyman Olesek (CSB No. 191218)
18      JAMES P. MARTIN (Bar #170044)    molesek@kenyon.com
    jmartin@sflaw.com    333 West San Carlos Street, Suite 600
19      One Maritime Plaza, 18th Floor    San Jose, CA 95110
    San Francisco, CA 94111    Tel.: (408) 975-7952/Fax: (408) 975-7501
20      Telephone: (415) 421-6500
    Facsimile: (415) 421-2922    Lewis V. Popovski (*pro hac vice*)
21      lpopovski@kenyon.com
    F&B LLP    Matthew Faust (*pro hac vice*)
22      ADAM V. FLOYD, *pro hac vice*    mfaust@kenyon.com
    afloyd@fblawllp.com    KENYON & KENYON LLP
23      ARTHUR GOLLWITZER III, *pro*    One Broadway
    *hac vice*    New York, NY 10004
24      agollwitzer@fblawllp.com    Telephone No.: (212) 425-7200
    5113 Southwest Parkway, Suite 140    Facsimile No.: (212) 425-5288
25      Austin, Texas 78735
    Tel: (512) 681-1500    *ATTORNEYS FOR DEFENDANTS*
26      Fax: (512) 681-1590    *SONY ELECTRONICS INC., SONY CORPORATION OF*
    *AMERICA, SONY COMPUTER ENTERTAINMENT AMERICA*
27  *ATTORNEYS FOR PLAINTIFF SHARED MEMORY*    *INC., SONY COMPUTER ENTERTAINMENT AND SONY*
    *GRAPHICS*    *CORPORATION*
28

1

2

3   PURSUANT TO STIPULATION, IT IS SO ORDERED.

4   Dated: November __18__, 2010

5

6                                                                      IT IS SO ORDERED

7                                                                      Judge Edward M. Chen

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF SIGNATURE**

(N.D. Cal. General Order 45 (X.B.))

I, Matthew Faust, am the ECF User whose ID and password was used to electronically file this STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO CORRECT MEMORANDUM IN SUPPORT OF MOTION TO COMPEL AND RELIEF FROM FILING DEADLINE (pursuant to Local Rules 7-11 and 7-12).  In compliance with General Order 45 X.B., I hereby attest that Counsel for Plaintiff Shared Memory Graphics (Arthur Gollwitzer) concurred in this filing.

Dated:  November 5, 2010                    KENYON & KENYON LLP

By: /s/ Matthew Faust /s/
    Matthew Faust
    Attorneys for Defendants
    *Sony Corporation of America, Sony Computer Entertainment America LLC, Sony Corporation, Sony Computer Entertainment Inc. and Sony Semiconductor Kyushu Corporation Ltd.*