IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARED MEMORY GRAPHICS LLC,                No   C 10-2475 VRW

    Plaintiff,                                ORDER

    v

APPLE INC, et al,

    Defendants.
_____/

    Defendants Nintendo Co Ltd and Nintendo of America (collectively "Nintendo") move to strike exhibits B through I submitted with plaintiff Shared Memory Graphic's ("SMG") opposition to Nintendo's motion for summary judgment, Doc #142.  Doc #147.  SMG opposes the motion to strike and seeks leave to file an affidavit to authenticate the exhibits.  Doc #150.

    The exhibits submitted by SMG do not appear to comply with the requirements of FRCP 56(e)(2).  Accordingly, SMG is ORDERED to SHOW CAUSE in writing no later than December 1, 2010, why exhibits B through I should not be stricken.  If SMG fails to

respond to this order or fails to show adequate cause on or before December 1, 2010, the court will strike the exhibits.

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge