| | |
|---|---|
| 1 | Megan Whyman Olesek (SBN 191218) |
| | molesek@kenyon.com |
| 2 | KENYON & KENYON LLP |
| | 333 West San Carlos Street, Suite 600 |
| 3 | San Jose, CA 95110 |
| | Telephone: 408.975.7500 |
| 4 | Facsimile: 408.975.7501 |
| 5 | Lewis V. Popovski (*pro hac vice*) |
| | lpopovski@kenyon.com |
| 6 | Michelle Carniaux (*pro hac vice*) |
| | mcarniaux@kenyon.com |
| 7 | Matthew Faust (*pro hac vice*) |
| | mfaust@kenyon.com |
| 8 | KENYON & KENYON LLP |
| | One Broadway |
| 9 | New York, NY 10004-1007 |
| | Telephone: 212.425.7200 |
| 10 | Facsimile: 212.425.5288 |

Attorneys for Defendants
Sony Corporation of America, Sony Computer Entertainment America LLC, Sony Corporation, Sony Computer Entertainment Inc. and Sony Semiconductor Kyushu Corporation Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARED MEMORY GRAPHICS LLC, | Case No. 3:10-cv-02475 VRW EMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE EXHIBIT UNDER SEAL |
| v. | |
| APPLE INC., ET AL., | Honorable Edward M. Chen |
| Defendants. | Courtroom C, 15th Floor |
| AND RELATED COUNTERCLAIMS | |

Pursuant to General Order 62 and Civil Local Rules 7-11 and 7-12, and pursuant to discussions between counsel for Sony and Shared Memory Graphics on November 23, 2010, Defendants Sony Corporation of America, Sony Computer Entertainment America LLC, Sony Corporation, Sony Computer Entertainment Inc. and Sony Semiconductor Kyushu Corporation Ltd. (collectively "Sony") and Plaintiff Shared Memory Graphics LLC ("SMG") hereby stipulate

1  and agree, through their respective undersigned counsel of record, as follows:

2  WHEREAS Sony desires to file under seal the Declaration of Jeong-Ah Joy Lee in
3  Support of Sony's Reply Brief in Support of Sony's Motion to Stay Discovery and Comply With
4  Patent L.R. 3-1, which contains as its sole exhibit a confidential Sony technical document
5  previously produced to SMG at SNY000001116 and marked as protected material under the
6  interim protective order in this case;

7  WHEREAS Sony contends that the technical schematic document proposed to be sealed is
8  maintained by Sony as confidential and would, if disclosed publicly, provide an unfair
9  competitive advantage to Sony's competitors;

10 The parties respectfully request that Sony be granted leave to file under seal the
11 Declaration of Jeong-Ah Joy Lee in Support of Sony's Reply Brief in Support of Sony's Motion
12 to Stay Discovery and Comply With Patent L.R. 3-1 and exhibit thereto.

13 IT IS SO STIPULATED.

14 Dated: November 23, 2010

15 F&B LLP                                          KENYON & KENYON LLP
16
17 By:  /s/                                         By:  /s/
       SHARTSIS FRIESE LLP                               Megan Whyman Olesek (CSB No. 191218)
18     JAMES P. MARTIN (Bar #170044)                     molesek@kenyon.com
       jmartin@sflaw.com                                 333 West San Carlos Street, Suite 600
19     One Maritime Plaza, 18th Floor                    San Jose, CA 95110
       San Francisco, CA 94111                           Tel.: (408) 975-7952/Fax: (408) 975-7501
20     Telephone: (415) 421-6500
       Facsimile: (415) 421-2922                         Lewis V. Popovski (*pro hac vice*)
21                                                       lpopovski@kenyon.com
       F&B LLP                                           Matthew Faust (*pro hac vice*)
22     ADAM V. FLOYD, *pro hac vice*                     mfaust@kenyon.com
       afloyd@fblawllp.com                               KENYON & KENYON LLP
23     ARTHUR GOLLWITZER III, *pro                       One Broadway
       hac vice*                                         New York, NY 10004
24     agollwitzer@fblawllp.com                          Telephone No.: (212) 425-7200
       5113 Southwest Parkway, Suite 140                 Facsimile No.: (212) 425-5288
25     Austin, Texas 78735
       Tel: (512) 681-1500                               *ATTORNEYS FOR DEFENDANTS*
26     Fax: (512) 681-1590                               *SONY ELECTRONICS INC., SONY CORPORATION OF*
                                                         *AMERICA, SONY COMPUTER ENTERTAINMENT AMERICA*
27 *ATTORNEYS FOR PLAINTIFF SHARED MEMORY*               *INC., SONY COMPUTER ENTERTAINMENT AND SONY*
   *GRAPHICS*                                            *CORPORATION*
28

1  ~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~

2  Dated: November 30, 2010

4  _____
   Hon. Edward M. Chen
   U.S. Magistrate Judge

The Lee declaration shall be publicly filed, except for Exhibit A, which shall be filed under seal. Counsel for Sony is directed to electronically file under seal Exhibit A pursuant to General Order 62.