**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

2011-1154

SHARED MEMORY GRAPHICS LLC,

Plaintiff-Appellant,

v.

APPLE INC., SAMSUNG ELECTRONICS CO.,
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
SAMSUNG SEMICONDUCTOR, INC.,
SAMSUNG ELECTRONICS AMERICA, INC., and
SAMSUNG AUSTIN SEMICONDUCTOR, L.L.C.,

Defendants-Appellees,

and

NINTENDO OF AMERICA, INC. and
NINTENDO CO., LTD.,

Defendants-Appellees,

and

SONY CORPORATION OF AMERICA,
SONY COMPUTER ENTERTAINMENT AMERICA, INC.,
SONY CORPORATION, SONY COMPUTER ENTERTAINMENT INC.,
and SONY SEMICONDUCTOR KYUSHU CORPORATION, LTD.,

Defendants-Appellees.

Appeal from the United States District Court for the Northern District of California in case no. 10-CV-2475, Chief Judge Vaughn R. Walker.

ORDER

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

*Jan Horbaly*/jp

Jan Horbaly
Clerk

01/21/11

cc: Clerk's Office, DCT
    Geoffrey P. Culbertson
    G. Riley, G. Kinsel, L. Popovski

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 21 2011

JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 01/21/11

SHARED MEMORY GRAPHICS V APPLE, 2011-1154
DCT - 10-CV-2475

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS

By: _____ Date: 1/21/11