IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARED MEMORY GRAPHICS LLC<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC., ET AL.,<br><br>　　　　Defendants.<br>_____ / | No. C-10-02475 MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT FROM PUBLIC RECORD; GRANTING PLAINTIFF'S MOTION FOR WITHDRAWAL OF COUNSEL** |

　　　　The above-titled action was reassigned to the undersigned on January 31, 2011.  It has come to this Court's attention that plaintiff's (1) Motion to Remove Incorrectly Filed Document, which motion was filed August 13, 2010, and (2) Motion for Withdrawal of Counsel, filed August 30, 2010, have been pending since their respective dates of filing.  Neither motion is opposed.

　　　　Good Cause Appearing, the motions are hereby GRANTED.

　　　　**IT IS SO ORDERED.**

Dated:  February 4, 2010

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge