|   |   |
|---|---|
| 1 | SHARTSIS FRIESE LLP |
|   | JAMES P. MARTIN (Bar #170044) |
| 2 | jmartin@sflaw.com |
|   | LISA STOCKHOLM (Bar #267051) |
| 3 | lstockholm@sflaw.com |
|   | One Maritime Plaza, Eighteenth Floor |
| 4 | San Francisco, CA 94111 |
|   | Telephone: (415) 421-6500 |
| 5 | Facsimile: (415) 421-2922 |
|   |   |
| 6 | F&B LLP |
|   | ADAM V. FLOYD, *pro hac vice* |
| 7 | afloyd@fblawllp.com |
|   | ARTHUR GOLLWITZER III, *pro hac vice* |
| 8 | agollwitzer@fblawllp.com |
|   | KENT J. COOPER, *pro hac vice* |
| 9 | kcooper@fblawllp.com |
|   | MICHAEL J. SMITH, *pro hac vice* |
| 10 | msmith@fblawllp.com |
|   | REESE P. McKNIGHT, *pro hac vice* |
| 11 | rmcknight@fblawllp.com |
|   | 5113 Southwest Parkway, Suite 140 |
| 12 | Austin, Texas 78735 |
|   | Tel: (512) 681-1500 |
| 13 | Fax: (512) 681-1590 |
|   |   |
| 14 | Attorneys for Plaintiff |
|   | SHARED MEMORY GRAPHICS LLC |
| 15 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Shared Memory Graphics LLC, | Case No. 3:10-cv-02475 VRW |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING SHARED MEMORY GRAPHICS LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION OR CERTIFY FOR APPEAL** |
| v. | |
| Apple Inc., et al, | |
| Defendant. | |

//

- 1 -

Case No.
3:10-cv-02475 VRW

**[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL**

Plaintiff Shared Memory Graphics LLC's Administrative Motion to File Under Seal Portions of its Motion for Leave to File a Motion for Reconsideration or Certify for Appeal is before the Court. The Court, having considered all the premises, including the papers and evidence submitted by the parties, and for good cause shown, ORDERS as follows:

Shared Memory Graphics LLC's Administrative Motion to File Under Seal Portions of its Motion for Leave to File A Motion for Reconsideration or Certify for Appeal is GRANTED.

The Court grants SMG leave to file Exhibit A to its Motion for Leave to File a Motion for Reconsideration or Certify for Appeal under seal.

Dated: __February 23,_ 2011     
United States District Judge

Case No.
3:10-cv-02475 VRW

**[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL**