SHARTSIS FRIESE LLP
JAMES P. MARTIN (Bar #170044)
jmartin@sflaw.com
LISA STOCKHOLM (Bar #267051)
lstockholm@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Plaintiff
SHARED MEMORY GRAPHICS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Shared Memory Graphics LLC,<br><br>        Plaintiff,<br><br>v.<br><br>Apple Inc., et al,<br><br>        Defendant. | Case No. 3:10-cv-02475 MMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>[Fed. R Civ. P. Rule 41(a)(1)] |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the parties' written settlement agreement, Plaintiff Shared Memory Graphics LLC ("SMG"), Defendants Apple Inc. ("Apple"), and Samsung Electronics Co., Samsung Semiconductor, Inc., Samsung Austin Semiconductor LLC, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") hereby stipulate as follows:

1. SMG's claims against Apple are dismissed with prejudice.
2. Apple's counterclaims against SMG are dismissed with prejudice.
3. SMG's claims against Samsung are dismissed with prejudice.
4. Samsung's counterclaims against SMG are dismissed with prejudice.
5. Each party shall bear its own costs and attorneys' fees in connection with this action.

DATED: March 25, 2011

Respectfully submitted,

SHARTSIS FRIESE LLP

By: /s/ James P. Martin
JAMES P. MARTIN

Attorneys for Plaintiff
SHARED MEMORY GRAPHICS LLC

DATED: March 25, 2011

O'MELVENY & MYERS LLP

By: /s/ Jon Yuen Chow
JON YUEN CHOW

Attorneys for Defendants, APPLE INC., SAMSUNG ELECTRONICS CO., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR LLC, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

**ORDER**

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED:  March 28, 2011

HONORABLE MAXINE M. CHESNEY
DISTRICT JUDGE OF THE UNITED STATES
NORTHERN DISTRICT OF CALIFORNIA