IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARED MEMORY GRAPHICS,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLE INC., et al.,<br><br>    Defendants. | No. C-10-2475 MMC<br><br>**ORDER RE: RESPONSE TO ORDER TO SHOW CAUSE** |

       The Court is in receipt of plaintiff Shared Memory Graphic's ("SMG") response to the Court's March 4, 2011 Order to Show Cause ("OSC"), by which response SMG (1) opposes dismissal of either of the defendants now remaining after SMG's recent settlements with other defendants; (2) requests a two-month extension of time within which to obtain new counsel; and (3) requests an extension of unspecified length thereafter to allow such newly-retained counsel to file a further response to the OSC.

       The Court will defer ruling on the above matters until the Case Management Conference scheduled for April 29, 2011. At that conference, SMG should be prepared to address, inter alia, the following: (1) whether SMG intends to prove as to either of the remaining defendants that such defendant's alleged infringement began as early as six years prior to the date on which the instant action was filed, and (2) the extent of the

similarity between the alleged infringing products produced by the two remaining defendants.

**IT IS SO ORDERED.**

Dated: April 6, 2011

_____
MAXINE M. CHESNEY
United States District Judge