IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Shared Memory Graphics LLC

Plaintiff,

v.

Apple Inc., et al,

Defendant.

CASE NO. 3:10-cv-02475-MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Henry M. Pogorzelski , whose business address and telephone number is

1616 S. Voss Rd., Suite 125
Houston, Texas 77007
Telephone: (281) 501-3425

and who is an active member in good standing of the bar of the State of Texas

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff, Shared Memory Graphics LLC

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 28, 2011

_____
Honorable Maxine M. Chesney
United States District Judge