1  SHARTSIS FRIESE LLP
   JAMES P. MARTIN (Bar #170044)
2  jmartin@sflaw.com
   LISA STOCKHOLM (Bar #267051)
3  lstockholm@sflaw.com
   One Maritime Plaza, Eighteenth Floor
4  San Francisco, CA  94111
   Telephone:  (415) 421-6500
5  Facsimile:  (415) 421-2922

6
   LAW OFFICES OF DAVID A. MAKMAN
7  DAVID A. MAKMAN (Bar #178195)
   david@makmanlaw.com
8  90 New Montgomery Street, Suite 600
   San Francisco, CA  94105
9  Telephone:  (415) 777-8572
   Facsimile:   (415) 777-8638

10

11 Attorneys for Plaintiff
   SHARED MEMORY GRAPHICS LLC

12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                     SAN FRANCISCO DIVISION

16

| 17 | SHARED MEMORY GRAPHICS LLC, | Case No.  C-10-02475 MMC (EMC) |
|----|------------------------------|--------------------------------|
| 18 | Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER RELIEVING SHARTSIS FRIESE LLP** |
| 19 | v. | |
| 20 | APPLE INC., ET AL., | **[Pursuant to Local Rule 11-5]** |
| 21 | Defendants. | Judge:  The Honorable Maxine M. Chesney |

Case No. 3:10-cv-02475 MMC            NOTICE OF SUBSTITUTION OF COUNSEL

1  **TO THE CLERK OF THIS COURT, THE HONORABLE MAXINE M.
2  CHESNEY, AND ALL ATTORNEYS OF RECORD IN THIS CASE:**

3  NOTICE IS HEREBY GIVEN that James P. Martin and Lisa Stockholm, of Shartsis
4  Friese LLP, hereby withdraw from the representation of Plaintiff Shared Memory Graphics LLC
5  ("SMG") in the above-captioned matter. Such withdrawal is with the consent and approval of
6  SMG.

7
8  DATED:      June 7, 2010

9                                              By: /s/ James P. Martin
10                                                   JAMES P. MARTIN

11                                              Attorneys for Plaintiff
                                                SHARED MEMORY GRAPHICS LLC
12
13

14  FURTHER NOTICE IS HEREBY GIVEN that David A. Makman, of the Law Offices of
15  David A. Makman, is, on this date, entering his appearance on behalf of SMG in the above-
16  referenced action.

17
18
19  DATED:      June 7, 2010
20
21                                              By: /s/ David A. Makman
22                                                   DAVID A. MAKMAN

23                                              Attorney for Plaintiff
                                                SHARED MEMORY GRAPHICS LLC
24
25
26
27
28

Case No. 3:10-cv-02475 MMC         NOTICE OF SUBSTITUTION OF COUNSEL

# ORDER

Notice having been given to all parties who have appeared in the case, pursuant to Local Rule 11-5, the Court hereby orders that Shartsis Friese LLP is relieved from the representation of SMG in the above-captioned matter.

IT IS SO ORDERED.

DATED: June 8, 2011

Maxine M. Chesney
United States District Judge