MICHAEL J. COLLINS (admitted *pro hac vice*)
HENRY POGOROZELSKI (admitted *pro hac vice*)
COLLINS, EDMONDS
  AND POGORZELSKI, PLLC
1515 S. Voss Rd., Suite 125
Houston TX 77057
Tel.:  281-501-3425
Fax:  832-415-2535

DAVID A. MAKMAN (Bar #178195)
LAW OFFICES OF DAVID. A. MAKMAN
90 New Montgomery Street, Suite 600
San Francisco, CA  94105
Telephone:  (888) 497-5104
Facsimile:   (415) 777-8638


Attorneys for Plaintiff
SHARED MEMORY GRAPHICS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARED MEMORY GRAPHICS LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., ET AL.,<br><br>Defendants. | Case No.  C-10-02475 MMC<br><br>**[PROPOSED] ORDER SEALING THE APPENDIX TO PLAINTIFF SHARED MEMORY GRAPHICS' SUPPLEMENTAL DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS**<br><br><br>Judge:  The Honorable Maxine M. Chesney |

- 1 -

Case No.
C-10-2475 MMC

Pursuant to Civil L.R. 7-11, Plaintiff Shared Memory Graphics, on June 13, 2011 has filed an Administrative Motion for a Sealing Order pursuant to Civil Local Rules 7-1 and 79-5(d), and request to file under seal, the June 13, 2011 Appendix Containing Documents in Support of Supplemental Disclosure of Asserted Claims and Infringement Contentions Filed Under Seal:

A.      "Nintendo Wii Game Console" from Chipworks;

B.      "Nintendo Wii Board Tracing Analysis" from Semiconductor Insights;

C.      "Die Photo from Nintendo Wii" from Chipworks;

D.      "PSP-1000 & PSP-3001 PCBs" from Global Intellectual Strategies;

E.      Untitled Report showing Sony PSP, from Global Intellectual Strategies; and

F.      " Technologies Inc. Flipper Graphics Processing Unit Pin Analysis" from Chipworks.

No opposition to the motion has been filed.

Because the above documents are not submitted in connection with a dispositive motion, and because they include and refer to information that has value due to its confidentiality, this Court finds that there is good cause to permit Plaintiff  to electronically file these documents under seal.

The Court hereby GRANTS this request.  Plaintiff shall file the above-documents under seal no later than June 24, 2011.

IT IS SO ORDERED

DATED:_____June 21, 2011_____

*Maxine M. Chesney*

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT
JUDGE