Grant Kinsel, Bar No. 172407
gkinsel@perkinscoie.com
Joseph Hamilton, Bar No. 211544
jhamilton@perkinscoie.com
Michael Song, Bar No. 243675
msong@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for **NINTENDO CO., LTD.,**
and **NINTENDO OF AMERICA INC.**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHARED MEMORY GRAPHICS, LLC**<br><br>*Plaintiff,*<br><br>v.<br><br>**APPLE INC.**, *et al.*<br><br>*Defendants.*<br><br>and RELATED COUNTERCLAIMS | Case No. 3:10-cv-02475 MMC<br><br>**[PROPOSED] ORDER GRANTING NINTENDO'S NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF SHARED MEMORY'S INFRINGEMENT CONTENTIONS**<br><br>Date:  Friday, August 26, 2011<br>Time:  9:00 a.m.<br>Crt. Rm:  7, 19th Floor<br><br>Hon. Maxine M. Chesney |

The Court has received Nintendo Co., Ltd. and Nintendo of America Inc.'s (collectively "Nintendo") Motion to Strike Portions of Shared Memory's Infringement Contentions. Good cause appearing, the motion is granted.

Patent Local Rule 3-1(c) requires a patentee to include in its infringement contentions a chart, "identifying specifically where each limitation of each asserted claim is found within each Accused Instrumentality." Despite multiple opportunities, a court Order, and nearly six months to do so, Shared Memory has failed to meaningfully amend its infringement contentions. Instead, Shared Memory repeats the same contentions for several limitations previously found inadequate.

Accordingly, it is hereby **ORDERED** that portions of Shared Memory's infringement contentions are stricken, specifically: Shared Memory's infringement contentions related to a "data distribution bus" by which the alleged on-chip memory is "connected to receive graphics display data from the graphics accelerator," a "data distribution bus" by which the alleged off-chip memory, Napa, is "connected to receive graphics display data from the graphics accelerator," the "selectively distributes' limitations, the "refresh frequency" limitations, and the "on-chip power dissipation" limitations are hereby stricken; and (2) Shared Memory is precluded from further amending its infringement contentions with respect to those limitations.

**IT IS SO ORDERED.**

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE