United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARED MEMORY GRAPHICS, LLC,

    Plaintiff,

  v.

APPLE INC., et al.,

    Defendants.
_____/

No. C 10-2475 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANTS' MOTIONS TO STRIKE AND DISMISS**

    Pursuant to Civil Local Rule 72-1: (1) defendants Nintendo Co., Ltd. and Nintendo of America, Inc.'s "Motion to Strike Portions of Shared Memory's Infringement Contentions," filed June 24, 2011, and (2) defendants Sony Corporation of America, Sony Computer Entertainment America LLC, Sony Corporation, Sony Computer Entertainment Inc., and Sony Semiconductor Kyushu Corporation Ltd.'s (collectively, "Sony") "Motion to Strike SMG's Infringement Contentions for Failure to Comply with Patent Local Rule 3-1 and to Dismiss SMG's Claims as to Sony," filed June 24, 2011, are hereby REFERRED to Magistrate Judge Jacqueline Scott Corley, to whom all discovery matters previously were referred.[1]

    The parties will be advised of the next appearance, if any, by Magistrate Judge

---

[1] To the extent Sony's motion requests a dispositive ruling, the matter is referred for a report and recommendation, if a dispositive ruling ultimately is necessary.

Corley's chambers.

In light of the above, the August 26, 2011 hearing dates before the undersigned are vacated.

**IT IS SO ORDERED**.

Dated: June 28, 2011

                                             MAXINE M. CHESNEY
                                             United States District Judge