1  HENRY POGOROZELSKI (admitted *pro hac vice*)
   COLLINS, EDMONDS
2  AND POGORZELSKI, PLLC
   1515 S. Voss Rd., Suite 125
3  Houston TX 77057
   Tel.:  281-501-3425
4  Fax:  832-415-2535

5  DAVID A. MAKMAN (Bar #178195)
   LAW OFFICES OF DAVID. A. MAKMAN
6  90 New Montgomery Street, Suite 600
   San Francisco, CA  94105
7  Telephone:  (888) 497-5104
   Facsimile:   (415) 777-8638
8

9  Attorneys for Plaintiff
   SHARED MEMORY GRAPHICS LLC
10

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15

16  SHARED MEMORY GRAPHICS LLC,        Case No.  C-10-02475 MMC (EMC)
                                       **ORDER DENYING
17           Plaintiff,                STIPULATION** ~~AND [PROPOSED]
                                       ORDER~~ **CONTINUING THE FRIDAY,
18  v.                                 JULY 8, 2011 STATUS CONFERENCE TO
                                       FRIDAY, SEPTEMBER 16, 2011 AT 10:30
19  APPLE INC., ET AL.,                A.M., OR AT SUCH OTHER DATE AND
                                       TIME AS ORDERED BY THE COURT**
20           Defendants.
                                       CMC Date: July 8, 2011
21                                      Courtroom: 7, 19th Floor
                                        Time:  10:30 a.m.
22                                      Judge:  The Honorable Maxine M. Chesney

23

24

25

26

27

28
                                   - 1 -
   Case No.                                          STIPULATION AND
   C-10-2475 MMC                                 PROPOSED ORDER RE
                                                       JULY 8, 2011
                                                  STATUS CONFERENC

1   Pursuant to Paragraph 7 of this Court's Standing Order for Civil Cases, and for good cause shown, Plaintiff Shared Memory Graphics LLC ("Shared Memory"), and Defendants Sony Corporation of America, Sony Computer Entertainment America LLC, Sony Corporation, Sony Computer Entertainment Inc., and Sony Semiconductor Kyushu Corporation Ltd. (collectively, "Sony") hereby submit the following stipulation and proposed order continuing the Friday, July 8, 2011 case management conference to Friday, September 16, 2011 at 10:30 a.m., or such other date and time as ordered by the Court:

WHEREAS, on April 29, 2011, this Court ordered a further case management conference to be held on Friday, July 8, 2011 at 10:30 a.m., (*see* Docket No. 408);

WHEREAS, on June 24, 2011, Defendant Nintendo filed a motion to strike portions of Shared Memory's Infringement Contentions and supporting documents (*see* Docket Nos. 419-420) and Defendant Sony filed a motion to strike Shared Memory's Infringement Contentions and to Dismiss Shared Memory's Claims (*see* Docket Nos. 421-422);

WHEREAS, on June 28, 2011, the Court issued an Order referring Nintendo and Sony's motions to Magistrate Judge Jacqueline Scott Corley for resolution, noting the potentially dispositive nature of Sony's motion (*see* Docket No. 423);

WHEREAS, given the nature of Defendants' motions, the stipulating parties believe the case management conference should be held after these motions are resolved;

WHEREAS, given the timing of this filing, the stipulating parties were unable to file the instant stipulation and proposed order 14 days before the July 8, 2011 case management conference, as required under Civil Local Rule 6-1(b);

WHEREAS, the parties filed a Third Supplemental Joint Case Management Statement on July 1, 2011, apprising the Court of the current status of the case;

WHEREAS, good cause exists for the stipulated continuance in that the interests of judicial efficiency, the administration of justice, conservation of judicial and party resources would all be served by continuing the July 8, 2011 case management conference to Friday, September 16, 2011 at 10:30 a.m., or such other time as ordered by the Court;

1   WHEREFORE, premises considered, IT IS HEREBY STIPULATED AND AGREED by Plaintiff Shared Memory and Defendant Sony that the case management conference to be held on July 8, 2011 at 10:30 a.m. before The Honorable Maxine M. Chesney, be continued to Friday, September 16, 2011 at 10:30 a.m., or at such other date and time as ordered by the Court. Nintendo of America Inc. and Nintendo Co., Ltd. do not oppose this stipulation.

Dated: July 6, 2011   COLLINS, EDMONDS & POGORZELSKI, PLLC,

By: ___/s/ Henry Pogorzelski_____
Henry Pogorzelski (*pro hac vice*)
Attorneys for Plaintiff Shared Memory Graphics LLC

KENYON & KENYON LLP

By: __/s/ Lewis Popovski_____
Lewis Popovski (*pro hac vice*)
Attorneys for Defendants Sony Corporation of America, Sony Computer Entertainment America LLC, Sony Corporation, Sony Computer Entertainment, Inc., and Sony Semiconductor Kyushu Corporation Ltd.

~~PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the July 8, 2011 case management conference in this matter be continued until Friday, September 16, 2011 at 10:30 a.m., or _____, 2011 at _____.~~   The above "Stipulation" is hereby DENIED for the reason that it is not signed by all parties and, in the absence of a further showing, is untimely.

_/s/ Maxine M. Chesney_____
The Honorable Maxine M. Chesney
United States District Court Judge

- 3 -