HENRY POGOROZELSKI (admitted *pro hac vice*)
COLLINS, EDMONDS
AND POGORZELSKI, PLLC
1515 S. Voss Rd., Suite 125
Houston TX 77057
Tel.: 281-501-3425
Fax: 832-415-2535

DAVID A. MAKMAN (Bar #178195)
LAW OFFICES OF DAVID. A. MAKMAN
90 New Montgomery Street, Suite 600
San Francisco, CA 94105
Telephone: (888) 497-5104
Facsimile: (415) 777-8638

Attorneys for Plaintiff
SHARED MEMORY GRAPHICS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARED MEMORY GRAPHICS LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., ET AL.,<br><br>Defendants. | Case No. C-10-02475 MMC (EMC)<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING THE DUE DATES FOR FILING AND SERVICE OF PLAINTIFF'S OPPOSITION TO, AND DEFENDANTS REPLIES IN SUPPORT OF, DEFENDANTS' MOTIONS TO STRIKE AND TO DISMISS<br><br>(DOCKET NOS. 419 AND 421)<br><br>Date: August 25, 2011<br>Time: 9:00 a.m.;<br>Courtroom: E, 15th Floor<br><br>Judge: Magistrate Judge Jacqueline Scott Corley |

- 1 -

1   Pursuant to Civil Local Rule 7-12, and the Standing Order for Magistrate Judge Jacqueline Scott Corley, Plaintiff Shared Memory Graphics LLC ("Shared Memory"), and Defendants Nintendo of America Inc. and Nintendo Co., Ltd. (collectively, "Nintendo") and Defendants Sony Corporation of America, Sony Computer Entertainment America LLC, Sony Corporation, Sony Computer Entertainment Inc., and Sony Semiconductor Kyushu Corporation Ltd. (collectively, "Sony") hereby submit the following stipulation and proposed order extending the due date for Plaintiff's opposition to Defendants motions to strike and to dismiss (Docket Nos. 419 and 421) from July 8, 2011 to July 15, 2011, and the due dates for Defendants' replies in support of their respective motions from July 15, 2011 to July 22, 2011.

WHEREAS, on June 24, 2011, Defendant Nintendo filed a motion to strike portions of Shared Memory's Infringement Contentions and supporting documents (*see* Docket Nos. 419-420);

WHEREAS, on June 24, 2011, Defendant Sony filed a motion to strike Shared Memory's Infringement Contentions and to Dismiss Shared Memory's Claims and supporting documents (*see* Docket Nos. 421-422);

WHEREAS, under recently-amended Civil Local Rule 7-3, Plaintiff Shared Memory's opposition to Defendants' motions were due on Friday, July 8, 2011, four business days after the long July 4th holiday weekend,

WHEREAS, under recently amended Civil Local Rule 7-3, Defendants Nintendo and Sony's replies were due on July 15, 2011, one week after the filing and service of Plaintiff's opposition;

WHEREAS, well before the above-referenced due dates, the parties began negotiating in good faith concerning extending the due dates Plaintiff's opposition and Defendants replies given the recent amendments to the Local Rules, the intervening holiday weekend, and the potentially dispositive nature of Sony's motion;

WHEREAS, on June 28, 2011, the Judge Chesney issued an Order referring Nintendo and Sony's motions to Magistrate Judge Jacqueline Scott Corley, vacating the August 26, 2011 hearing date, and noting the potentially dispositive nature of Sony's motion (*see* Docket No. 423);

1  WHEREAS, on June 28, 2011, the Court reset the deadlines for Defendants' motions,
2  resetting the hearing date to Thursday, August 25, 2011 at 9:00 a.m. in Courtroom E, 15th Floor;
3  WHEREAS, there is good cause for extending the briefing schedule given the intervening
4  holiday weekend and the potentially dispositive nature of Sony's motion;
5  WHEREFORE, premises considered, IT IS HEREBY STIPULATED AND AGREED by
6  Plaintiff Shared Memory and Defendants Nintendo and Sony that the due date for Plaintiff's
7  opposition to Defendants motions to strike and to dismiss (Docket Nos. 419 and 421) shall be
8  extended from July 8, 2011 to July 15, 2011, and that the due date for Defendants' replies in
9  support of their respective motions be extended from July 15, 2011 to July 22, 2011.

10 Dated: July 6, 2011           COLLINS, EDMONDS & POGORZELSKI, PLLC,

                                 By:  /s/ Henry Pogorzelski
                                      Henry Pogorzelski (*pro hac vice*)
                                      Attorneys for Plaintiff Shared Memory Graphics LLC


                                 PERKINS COIE LLP


                                 By:  /s/ Grant Kinsel
                                      Grant Kinsel, SBN. 172407
                                      Attorneys for Defendants Nintendo Co., Ltd. and
                                      Nintendo of America Inc.


                                 KENYON & KENYON LLP


                                 By:  /s/Lewis Popovski
                                      Lewis Popovski (*pro hac vice*)
                                      Attorneys for Defendants Sony Corporation of
                                      America, Sony Computer Entertainment America
                                      LLC, Sony Corporation, Sony Computer
                                      Entertainment, Inc., and Sony Semiconductor
                                      Kyushu Corporation Ltd.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: JUL 0 7 2011

                                      The Honorable Jacqueline Scott Corley
                                      United States District Court Magistrate Judge