IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARED MEMORY GRAPHICS LLC | No. C-10-02475 MMC |
| Plaintiff, | **ORDER RE: PARTIES' FAILURE TO ATTEND STATUS CONFERENCE; CONTINUING STATUS CONFERENCE** |
| v. | |
| APPLE INC., et al., | |
| Defendants. | |

On July 6, 2011, the Court filed its Order denying a "Stipulation" to continue the July 8, 2011 Status Conference to September 16, 2011, which order was entered in the docket that same date. On July 7, 2011, the Clerk's Office placed an erroneous entry in the docket, indicating the Status Conference had been continued to September 16, 2011. On July 8, 2011, the parties failed to appear for the Status Conference.[1]

Although the better practice would have been for the parties to contact the Clerk of the Court to address the obvious discrepancy between the July 6, 2011 Order, which was signed by the Court, and the July 7, 2011 administrative entry, the Court will impose no sanction with respect to the parties' failure to comply with the Court's Order. Further, under the present circumstances, the Court hereby CONTINUES the Status Conference to September 16, 2011; a joint status conference statement shall be filed no later than

---

[1] Subsequent thereto, the Clerk's Office corrected the entry.

September 9, 2011.

**IT IS SO ORDERED.**

Dated: July 8, 2011

                                    MAXINE M. CHESNEY
                                    United States District Judge