IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARED MEMORY GRAPHICS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLE INC., et al.,<br><br>    Defendants. | No. C 10-2475 MMC<br><br>**ORDER DEEMING MOTIONS WITHDRAWN** |

    On January 11, 2011, defendants Nintendo Co., Ltd. and Nintendo of America Inc. filed a "Motion to Compel Shared Memory Graphics to Comply with Disqualification Order," noticed for hearing on March 10, 2011, and, in connection therewith, filed a motion to shorten time for the hearing of said motion to compel. On January 31, 2011, the case was reassigned to the undersigned. Pursuant to the Reassignment Order, all matters scheduled for hearing were vacated and were to be renoticed before the undersigned. (See Reassignment Order, filed Jan. 31, 2011.)

    To date, the motions have not been renoticed and, in light of the various proceedings that have taken place in the interim, appear at this time to be moot.

    Accordingly, the Court hereby deems said motions withdrawn without prejudice.

    **IT IS SO ORDERED**.

Dated: July 21, 2011

                                                       MAXINE M. CHESNEY
                                                       United States District Judge