1  Grant Kinsel, Bar No. 172407
    gkinsel@perkinscoie.com
2  Joseph Hamilton, Bar No. 211544
    jhamilton@perkinscoie.com
3  Michael Song, Bar No. 243675
    msong@perkinscoie.com
4  **PERKINS COIE LLP**
5  1888 Century Park East, Suite 1700
    Los Angeles, CA 90067-1721
6  Telephone: 310.788.9900
    Facsimile: 310.788.3399
7

8  Attorneys for **NINTENDO CO., LTD.,**
    and **NINTENDO OF AMERICA INC.**
9

10

11              UNITED STATES DISTRICT COURT
12           FOR THE NORTHERN DISTRICT OF CALIFORNIA
13

14

| **SHARED MEMORY GRAPHICS, LLC** | Case No. 3:10-cv-02475 MMC (JSC) |
|---|---|
| *Plaintiff,* | [~~PROPOSED~~] ORDER GRANTING NINTENDO'S UNOPPOSED ADMINISTRATIVE MOTION REQUESTING PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM |
| *v.* | |
| **APPLE INC.**, *et al.* | |
| *Defendants.* | Date: Thursday, August 25, 2011<br>Time: 9:00 a.m.<br>Crt. Rm: E, 15th Floor<br><br>Hon. Jacqueline Scott Corley |
| and RELATED COUNTERCLAIMS | |

The Court has received Nintendo Co., Ltd. and Nintendo of America Inc.'s (collectively "Nintendo") unopposed administrative motion requesting permission to bring electronic equipment into the courtroom. Good cause appearing, the motion is granted.

Accordingly, it is hereby **ORDERED** that Nintendo has permission to bring into the courtroom a data projector with cables and a black carrying case for use in the above-identified hearing.

**IT IS SO ORDERED.**

Dated: 8/22/2011

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE