HENRY POGOROZELSKI (admitted *pro hac vice*)
COLLINS, EDMONDS
AND POGORZELSKI, PLLC
1515 S. Voss Rd., Suite 125
Houston, TX 77057
Tel.: 281-501-3425
Fax: 832-415-2535

DAVID A. MAKMAN (Bar #178195)
LAW OFFICES OF DAVID A. MAKMAN
90 New Montgomery Street, Suite 600
San Francisco, CA 94105
Telephone: (888) 497-5104
Facsimile: (415) 777-8638

Attorneys for Plaintiff
SHARED MEMORY GRAPHICS LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARED MEMORY GRAPHICS LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., ET AL., <br><br> Defendants. | **Case No. C-10-02475 MMC (JSC)** <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE ALL CLAIMS AND COUNTERCLAIMS BETWEEN SHARED MEMORY GRAPHICS AND SONY DEFENDANTS** <br><br> Judge: The Honorable Maxine M. Chesney |

Plaintiff Shared Memory Graphics ("SMG") and Defendants Sony Corporation of America, Sony Computer Entertainment America LLC, Sony Corporation, Sony Computer Entertainment Inc. and Sony Semiconductor Kyushu Corporation Ltd. (collectively, "Sony") hereby jointly stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that all claims and counterclaims between SMG and Sony are DISMISSED with prejudice, each party shall bear its own attorney fees and costs.

Jointly stipulated this 8th day of September, 2011 by and through counsel of record for SMG and Sony, respectively.

DATED: September 8, 2011    **COLLINS, EDMONDS & POGORZELSKI, PLLC**

By: /s/ Henry Pogorzelski
Henry Pogorzelski (*pro hac vice*)

Attorneys for **SHARED MEMORY GRAPHICS, LLC**

DATED: September 8, 2011    **KENYON & KENYON LLP**

By: /s/ Lewis Popovski (by permission)
Lewis Popovski (*pro hac vice*)

**ATTORNEYS FOR DEFENDANTS SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT AMERICA LLC, SONY CORPORATION, SONY COMPUTER ENTERTAINMENT INC., AND SONY SEMICONDUCTOR KYUSHU CORPORATION LTD.**

IT IS SO ORDERED

By: _____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

Dated: September 9, 2011