IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARED MEMORY GRAPHICS, LLC, | No. C-10-2475 MMC |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO LODGE CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
| v. | |
| APPLE INC., et al., | |
| Defendants. | |

On November 19, 2011, plaintiff Shared Memory Graphics, LLC ("SMG") electronically filed its "Brief on the Merits of its Objection to the Magistrate's Order (Dkt. No. 445) Granting in Part Nintendo's Motion to Strike Infringement Contentions," and accompanying "Declaration of Henry Pogorzelski in Support of SMG's Brief on the Merits of its Objections to Magistrate's Order (Dkt. No. 445)." SMG has violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

SMG is hereby ORDERED to comply with General Order 45 and the Court's

1  standing orders by immediately submitting a chambers copy of the above-referenced
2  documents.  SMG is hereby advised that if it fails in the future to comply with the Court's
3  order to provide chambers copies of electronically-filed documents, the Court may impose
4  sanctions, including, but not limited to, striking from the record any electronically-filed
5  document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: November 29, 2011

MAXINE M. CHESNEY
United States District Judge