IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARED MEMORY GRAPHICS, LLC,<br><br>　　　　　Plaintiff,<br>　v.<br>APPLE INC., et al.,<br>　　　　　Defendants.<br>_____/ | No. C 10-2475 MMC<br><br>**ORDER DENYING ADMINISTRATIVE MOTION REQUESTING PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM; CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　Before the Court is plaintiff Shared Memory Graphics, LLC's ("SMG") "Administrative Motion Requesting Permission to Bring Electronic Equipment into the Courtroom," filed November 30, 2011. Having read and considered the motion, the Court rules as follows.

　　　　By order filed November 2, 2011, the Court granted SMG's motion to review de novo SMG's objections to Magistrate Judge Corley's September 2, 2011 dispositive order. By the instant request, SMG appears to be seeking an opportunity to present additional evidence on the merits of its objections. See 28 U.S.C. § 636(b)(1)(C) ("The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions."); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."). Pursuant to the Civil Local Rules of this District, however, the Court's review and determination of an objection to a magistrate judge's report and recommendation as to a dispositive matter "shall be upon the record of the proceedings

1  before the Magistrate Judge" unless the objecting party concurrently files an administrative
2  motion requesting an evidentiary hearing or seeking to augment the record.  <u>See</u> Civil L.R.
3  72-3(c).  Accordingly, SMG's administrative motion is hereby DENIED.
4       Further, in light of the pending objections to Magistrate Judge Corley's order, the
5  Case Management Conference currently scheduled for December 9, 2011 is hereby
6  CONTINUED to February 3, 2012.
7       **IT IS SO ORDERED.**
8  Dated: December 2, 2011
9                                                                           MAXINE M. CHESNEY
                                                                             United States District Judge