Grant Kinsel, Bar No. 172407
gkinsel@perkinscoie.com
Joseph Hamilton, Bar No. 211544
jhamilton@perkinscoie.com
Michael Song, Bar No. 243675
msong@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile 310.788.3399

Attorneys for **NINTENDO CO., LTD.,** and **NINTENDO OF AMERICA INC.**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHARED MEMORY GRAPHICS, LLC**<br><br>*Plaintiff,*<br><br>*v.*<br><br>**APPLE INC.**, *et al.*<br><br>*Defendants.*<br><br>and RELATED COUNTERCLAIMS | Case No. 3:10-cv-02475 MMC (JSC)<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

The Court has received Plaintiff Shared Memory Graphics, LLC (Shared Memory) and Defendants Nintendo Co., Ltd. and Nintendo of America Inc.'s (collectively "Nintendo") Joint Stipulation for Dismissal with Prejudice.  Good cause appearing, the Joint Stipulation is granted.

Accordingly, it is hereby **ORDERED** that:

A. All of the claims, actions, and causes of action that were asserted or could have been asserted by Shared Memory against Nintendo in the above-captioned action are dismissed with prejudice;

B. All of the counterclaims that were asserted or could have been asserted by Nintendo against Shared Memory in the above-captioned action are dismissed with prejudice; and

C. The parties shall bear their own costs and attorneys' fees incurred in this action.

**IT IS SO ORDERED.**

Date: _____January 11, 2012_____     _____
                                          MAXINE M. CHESNEY
                                          UNITED STATES DISTRICT JUDGE