IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARED MEMORY GRAPHICS LLC,<br><br>　　　　Plaintiff.<br><br>　　v.<br><br>APPLE INC., et al.,<br><br>　　　　Defendants. | Case No.: C10-2475 MMC (JSC)<br><br>**ORDER FOR PLAINTIFF TO SHOW CAUSE (Dkt. No. 478)** |

Now pending before the Court is F&B LLP's motion to reconsider (Dkt. No. 478) the Order permitting Plaintiff to file an administrative motion under seal. (Dkt. No. 473.) Although F&B LLP is not a party to this case, there is "a federal common law right 'to inspect and copy public records and documents'" filed with the Court. Foltz v. State Farm Mut. Auto Ins. Co., 331 F.3d 1122, 1134 (9th Cir. 2003) (quoting Nixon v. Warner Communications, 435 U.S. 589, 597 (1978)). Having reviewed Plaintiff's motions and corresponding declarations filed under seal (Dkt. Nos. 470, 474, 475, 476), the Court orders Plaintiff to show cause as to why all of these documents in their entirety should remain under seal. Plaintiff shall file its response on or before March 23, 2012. If Plaintiff continues to assert that good

1 cause exists to file under seal some of the information in the documents, then Plaintiff shall
2 file with its response proposed redactions to each of these documents.

**IT IS SO ORDERED.**

Dated: March 20, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE