IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARED MEMORY GRAPHICS LLC,<br><br>Plaintiff.<br><br>v.<br><br>APPLE INC., et al.,<br><br>Defendants. | Case No.: C10-2475 MMC (JSC)<br><br>**ORDER GRANTING F&B LLP'S MOTION TO RECONSIDER (Dkt. No. 478)** |

Now pending before the Court is F&B LLP's motion to reconsider (Dkt. No. 478) the Order permitting Plaintiff to file an administrative motion under seal. (Dkt. No. 473.) The Court issued an order (Dkt. No. 479) directing Plaintiff to show cause as to why Plaintiff's motions and corresponding declarations (Dkt. Nos. 470, 474, 475, 476, 477) should remain filed under seal given F&B LLP's objection. See Foltz v. State Farm Mut. Auto Ins. Co., 331 F.3d 1122, 1134 (9th Cir. 2003) (quoting Nixon v. Warner Communications, 435 U.S. 589, 597 (1978)) (stating that there is "a federal common law right 'to inspect and copy public records and documents'" filed with the Court). Under Civil Local Rule 79-5(a), material may be sealed "only upon a request that establishes that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law." Having reviewed Plaintiff's response and proposed redactions (Dkt. No. 80), the Court

1 concludes that Plaintiff has not met this standard. The Court therefore GRANTS F&B LLP's
2 motion for reconsideration and orders that Dkt. Nos. 470, 474, 475, 476, 477 shall be publicly
3 filed in their entirety.

**IT IS SO ORDERED.**

Dated: March 27, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

2